The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROBERTO MENDEZ-SANCHEZ, Defendant. | NO. CR06-425MJP<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS A AND B TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibits A and B to the Government's Response to Defendant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibits A and B to Government's Response to Defendant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order
*United States v. Mendez-Sanchez* CR06-425MJP
- 1 -
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS HEREBY ORDERED that Exhibits A and B to Government's Response to
2 Defendant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be filed
3 under seal.
4    DATED this 13th day of July, 2021.

*(signature)*

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

Sealing Order
*United States v. Mendez-Sanchez* CR06-425MJP

- 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970