JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06-425MJP |
| Plaintiff, | |
| v. | ORDER GRANTING AGREED MOTION TO RESET BRIEFING SCHEDULE |
| ROBERTO MENDEZ-SANCHEZ, | |
| Defendant. | |

The Court has considered the parties' agreed motion to reset the briefing schedule, the records and files in this matter and hereby,

Grants the motion. It is ORDERED that Mr. Mendez-Sanchez shall have until November 2, 2021, to file an amended petition for compassionate release; the United States shall have until November 16, 2021, to file a response and Mr. Mendez-Sanchez shall have until November 19, 2021, to file a reply.

DATED this 2nd day of November, 2021.

Marsha J. Pechman
United States Senior District Judge

Presented by,

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Roberto Mendez-Sanchez

ORDER GRANTING AGREED MOTION
TO RESET BRIEFING SCHEDULE
(*Roberto Mendez-Sanchez*; CR06-425MJP) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100