JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR06-425MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING INSTITUTIONAL EXHAUSTION |
| ROBERTO MENDEZ-SANCHEZ, | ) | |
| Defendant. | ) | |

The Court has considered the Defendant's motion to stay compassionate release proceedings, the records and files in this matter and hereby,

Grants the motion. It is ORDERED that the proceedings in the compassionate motion shall be stayed for 30 days until November 29, 2021. The United States shall have until December 13, 2021, to file a response to the motion and Mr. Mendez-Sanchez's reply shall be due by December 17, 2021.

DATED this 10th day of November, 2021.

_____
MARSAH J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Roberto Mendez-Sanchez

ORDER GRANTING MOTION TO
STAY PENDING INSTITUTIONAL
EXHAUSTION
(*Roberto Mendez-Sanchez*; CR06-425MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100